UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                              CHAPTER 7 CASE

Jeffrey A. Oppegard                                 CASE NO. 10-33803
Cheryl L. Oppegard
                                                    ORDER
                Debtors.
_____

This case came before the court on the motion of Goldman Sachs Mortgage Company, through its servicing agent Litton Loan Servicing, LP, seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. That movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated June 12, 2006, executed by Jeffrey A. Oppegard and Cheryl L. Oppegard, as husband and wife, joint tenants, recorded on June 22, 2006, as Document No. 384451, covering real estate located in Burnett County, Wisconsin, legally described as:

> All that parcel of land in Township of Meenon, Burnett County, State of Wisconsin, as more fully described in Deed Book 627, Page 280, ID#018-3323-01 400, being known and designated a metes and bounds property.
> A parcel of land in Government Lot Two (2) of Section Twenty-Three (23), Township Thirty-Nine (39) North, of Range Sixteen (16) West, and Described as follows: Starting at the concrete monument marking meander corner Number One (1) on the North Line of said Government Lot 2, at the shore of Bass Lake, thence South 11 Degrees 30° East 302 Feet to the point of beginning of the parcel herein described; thence South 9 Degrees 15° West 110 Feet, thence East parallel to and 400 feet from the North Line of said Government Lot 2 approximately 340 Feet to the shore of Bass Lake, thence Northwesterly along lakeshore to a line running East from the point of beginning and parallel to the North Line of said Government Lot 2, thence West approximately 170 Feet to the point of beginning. Said land being situate in Burnett County, Wisconsin.
> Together with the non-exclusive easement for ingress and egress over and across the present existing roadway running into the above premises. Said roadway being a 30 foot roadway over the following portion, to wit: Beginning at the Northwest Corner of said Government Lot 2, thence in a Southerly direction for a distance of 400 Feet, thence in an

Easterly direction for a distance equal to the East Boundary Line of the West 6 Acres of the south 920 Feet of said Gov. Lot 2, as aforesaid, and thence along a strip of Land 20 Feet in width lying parallel to the South Line of the North 400 Feet of said Gov. Lot 2Including the riparian rights awarded in the judgment in Circuit Court, Burnett County, Wisconsin, recorded in Volume 362, Page 44, Burnett County, Wisconsin

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: August 24, 2010

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 08/24/2010
Lori Vosejpka, Clerk, By DLR, Deputy Clerk